No. 245. TEXAS EX REL. ISENSEE ET AL. *v.* SIMS ET AL. Argued January 23, 24, 1930. Decided January 24, 1930. Dismissed for want of jurisdiction. *Mr. M. G. Eckhardt, Jr.,* with whom *Messrs. Barry Mohun, Edward R. Kleberg, John C. North, B. D. Tarlton, L. H. Lowe,* and *Linton S. Savage* were on the brief, for appellants. *Messrs. Sidney P. Chandler, Claude V. Birkhead,* and *M. D. Brown* were on the brief for appellees.

No. —, original. Ex PARTE HAGENSON. Motion submitted January 13, 1930. Decided January 27, 1930. The motion for leave to proceed *in forma pauperis* and for leave to file petition for a writ of prohibition is denied. *Mr. Winter S. Martin* for petitioner.

No. 426. AUBREY ET AL. *v.* MAHONING VALLEY SANITARY DISTRICT ET AL. Motion submitted January 20, 1930. Decided January 27, 1930. The motion to dismiss as to the parties appellants, Aubrey and Callan, is granted. and the motion of Pauline Gottlieb for leave to intervene and to be substituted as the party appellant is also granted. *Mr. Harry J. Gerrity* in support of the motion.